# United States Court of Appeals
## For the First Circuit

No. 08-2587

THOMAS SUTLIFFE; DONALD SISSON; LEO GRIMARD; NANCY LEE GRIMARD; RENEE VICTORIA; EPPING RESIDENTS FOR PRINCIPLED GOVERNMENT, INC.,

Plaintiffs, Appellants,

v.

EPPING SCHOOL DISTRICT; TOWN OF EPPING; BARBARA D. MUNSEY, Superintendent of Schools, Administrative Unit #14; HAROLD K. LAPIERRE, Moderator, Town of Epping School District; SUSAN MCGEOUGH, Member, Town of Epping Board of Selectmen; THOMAS GAUTHIER, Member, Town of Epping Board of Selectmen; CHRISTOPHER MURPHY, Member, Town of Epping Board of Selectmen; KIM SULLIVAN, Member, Town of Epping Board of Selectmen; MARCI MORRIS, Chair, Epping School Board; JEFFREY NOLLETT, Member, Epping School Board; SUSAN KIMBALL, Member and Chair, Epping School Board; PAMELA TIBBETTS, Member and Chair, Epping School Board; SCOTT BOOTH, Member, Epping School Board; ROBERT LONEK, Member, Epping School Board; JEFFREY LEDUC, Member, Epping School Board; MARK A. VALLONE, Principal, Epping Elementary School,

Defendants, Appellees.

### ERRATA SHEET

The opinion of this Court issued on September 17, 2009, is amended as follows:

On page 22, line 21, the case name "Pagán v. Claderón" should be replaced with "Pagán v. Calderón"

On page 33, footnote 8, line 5, the comma after "Broad." should be deleted.